JOHN B. MURPHY et al., Respondents, *v.* EVERETT W. DE REVERE, JR., Respondent; SALVATORE TARANTELLI et al., Defendants, and President and Trustees of the Village of Ossining, Appellants.

Argued November 19, 1952; decided January 15, 1953.

**924**

*William F. McNulty* and *Ubaldo N. Marino* for appellants.

*Donald A. Walsh* for New York State Conference of Mayors and Other Municipal Officials, *amicus curiæ,* in support of appellants' position.

*Thomas J. O'Neill, Morton Sokol* and *Daniel Danziger* for plaintiffs-respondents.

*Oliver K. King* for defendant-respondent.

Judgments affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DYE and FROESSEL, JJ. LOUGHRAN, Ch. J., DESMOND and FULD, JJ., dissent and vote for reversal of the judgments and dismissal of the complaint.